UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BYRON JACKSON,<br><br>    Petitioner,<br><br>  vs.<br><br>SANDRA ALFARO,<br><br>    Respondent.<br>_____ / | No. 1:14-CV-4218 NJV (PR)<br><br>**ORDER OF TRANSFER** |

This is a habeas corpus petition filed pro se by a state prisoner.  Petitioner seeks to challenge a conviction obtained in the Superior Court in and for the County of Sacramento. Sacramento County is in the venue of the United States District Court for the Eastern District of California.  Petitioner is incarcerated Delano, California, also in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither.  Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted and is housed in the Eastern District, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a);  Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: October 6, 2014.

                                                NANDOR J. VADAS<br>
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BYRON JACKSON,                      No. 1:14-CV-4218 NJV

    Petitioner,

  v.                                        CERTIFICATE OF SERVICE

SANDRA ALFARO,

    Respondent.
_____/

    I, the undersigned, hereby certify that on October 6, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Byron Jackson
AF-2225
North Kern Valley State Prison
A-5-226
P.O. Box 5000
Delano, CA 93210

                                                    /s/ Linn Van Meter
                                             _____
                                                  Linn Van Meter
                                        Administrative Law Clerk to
                                       the Honorable Nandor J. Vadas